UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| IN RE: | Case No. **09-65887**<br>Chapter **13**<br>Judge **McIvor** |
| **RONALD ALAN BEEMS,**<br>**AUTUMN JOY BEEMS,** | |
| Debtors. | **Adversary Proceeding**<br>**Case No. 09-06188** |

_____/

RONALD ALAN BEEMS,
AUTUMN JOY BEEMS,

    Plaintiffs,

v.

RBS CITIZENS N.A. a/k/a CHARTER ONE BANK,
a National Association,

    Defendant.

_____/

**Law Office of Walter A. Metzen**
**Walter A. Metzen (P49779)**
**Shannon R. Warner (P67017)**
Attorneys for Plaintiffs
3156 Penobscot
645 Griswold Street
Detroit, MI 48226
(313) 962-4656; Fax: (313) 962-4241
_____/

## AMENDED CERTIFICATE OF SERVICE

    Shannon R. Warner certifies that on October 2, 2009, a copy of:

    **1.**    **Amended Complaint to Determine Interest in Interest in Real Property Located at 4161 Hipp Street, Dearborn Heights, Michigan 48125-2911;**

    **2.**    **Reissued Summons in Adversary Proceeding; and**

    **3.**    **Certificate of Service;**

Was served by depositing same in the U.S. Mail, postage prepaid, properly addressed as follows:

| | |
|---|---|
| David Wm. Ruskin<br>Chapter 13 Standing Trustee<br>26555 Evergreen Road<br>Suite 1100<br>Southfield, MI 48076 | U.S. Trustee<br>211 W. Fort St.<br>Suite 700<br>Detroit, MI 48226 |

| | |
|---|---|
| Citizens Bank<br>480 Jefferson Blvd.<br>RJE 135<br>Warwick, RI  02886 | RBS Citizen, N.A.<br>1 Citizens Plaza<br>Providence, RI  02903 |

CSC Lawyers Incorporating Service
Resident Agent for RBS Citizens, N.A.
601 Abbot Road
East Lansing, MI  48823


__/s/ Shannon R. Warner_____
**Shannon R. Warner (P67017)**
**Walter A. Metzen (P49779)**
Law Office of Walter A. Metzen
Attorneys for Plaintiff
3156 Penobscot
645 Griswold
Detroit, MI 48226
313-962-4656; Fax: 313-962-4241
detroitbankruptcylawyer@gmail.com


DATED:  October 2, 2009